

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

|  |  |  |
|---|---|---|
| THOMAS A. SCHOBER D/B/A EL PASO HOME BUYERS, III, | § | No. 08-15-00054-CV |
|  | § | Appeal from the |
| Appellant, | § | 327th District Court |
| V. | § | of El Paso County, Texas |
| KEVIN ZIEGLER AND ELIZABETH ZIEGLER, | § | (TC# 2014-DCV-1713) |
|  | § |  |
| Appellees. |  |  |

### <u>MEMORANDUM OPINION</u>

Appellant has filed a motion to dismiss the appeal because the parties have resolved the dispute between them. *See* TEX.R.APP.P. 42.1(a)(1). We grant the motion and dismiss the appeal. Costs of the appeal are taxed against Appellant. *See* TEX.R.APP.P. 42.1(d)("Absent agreement of the parties, the court will tax costs against the appellant.").


July 31, 2015

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.